Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
280 S. Beverly Drive
Beverly Hills, CA 90212
T: 917-471-1894
astraus@milberg.com

*Attorneys for Plaintiffs and Putative Classes*
*Other Counsel on Signature Page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HORTI, EMANUEL ELIVA, SANDRA GEORGE, HOWARD YOSHA, and JEANETTE CRAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NESTLE USA, INC., a Company<br><br>Defendant. | CASE NO. _____ |

## DECLARATION OF BRUCE HORTI

I, Bruce Horti, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.
2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

Signature: *Bruce Horti*
Bruce Horti (Dec 17, 2021 13:02 PST)

Email: brucehwfg@yahoo.com

3. If called as a witness I could and would competently testify to the matters included herein.

4. I reside in Concord, California.

5. I am informed and believe that venue is proper in this Court under Civil Code 1780(d) because the Defendant is doing business in this District, and a substantial portion of the events or omissions at issue occurred in this District.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on December 17, 2021, in Concord, California.

**Bruce Horti**
Bruce Horti

# Nestle - CRLA Venue Declaration (Horti)

Final Audit Report                                    2021-12-17

| | |
|---|---|
| Created: | 2021-12-17 |
| By: | Gregory Coleman (rpothier@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQL0P1f76e6WLLTxj3YsR85eClksoN58G |

## "Nestle - CRLA Venue Declaration (Horti)" History

- Document created by Gregory Coleman (rpothier@milberg.com)
  2021-12-17 - 8:43:13 PM GMT- IP address: 99.10.78.141

- Document emailed to Bruce Horti (brucehwfg@yahoo.com) for signature
  2021-12-17 - 8:45:38 PM GMT

- Email viewed by Bruce Horti (brucehwfg@yahoo.com)
  2021-12-17 - 8:49:21 PM GMT- IP address: 69.147.90.126

- Document e-signed by Bruce Horti (brucehwfg@yahoo.com)
  Signature Date: 2021-12-17 - 9:02:32 PM GMT - Time Source: server- IP address: 98.35.127.76

- Agreement completed.
  2021-12-17 - 9:02:32 PM GMT

Adobe Sign