Alex R. Straus, SBN 321366
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212

*Plaintiffs' Attorneys*
*Additional attorneys on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HORTI, SANDRA GEORGE, and JEANETTE CRAIG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NESTLE USA, INC., a Company,<br><br>Defendant. | Civil Action No.: 4:21-cv-09812-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Phyllis J. Hamilton<br><br>Complaint and First Amended Complaint filed: December 20, 2021 |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Rule 6-2 of the Local Rules of the United States for the Northern District of California, Plaintiffs Bruce Horti, Sandra George, and Jeanette Craig, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Nestle USA, Inc., a Company, who will be dismissed from this action and Defendant Nestle Healthcare Nutrition, Inc., who will be the Defendant identified in the Second Amended Class Action Complaint, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed both the Complaint and First Amended Class Action Complaint on December 20, 2021;

1

1  WHEREAS, leave to file a Second Amended Complaint will allow Plaintiffs to correct the named Defendant to its correct entity name of NESTLE HEALTHCARE NUTRITION, INC.;

WHEREAS, Defendant NESTLE HEALTHCARE NUTRITION, INC. consents to the filing of the Second Amended Class Action Complaint;

WHEREAS, Plaintiffs and Defendant have conferred regarding a briefing schedule for Defendant NESTLE HEALTHCARE NUTRITION, INC.'s response to the Second Amended Class Action Complaint, as well as for the Opposition to and Reply in support of any Motion to Dismiss the Second Amended Class Action Complaint, which will allow the parties sufficient time to analyze and address the numerous claims anticipated in the Second Amended Class Action Complaint;

WHEREAS, a Case Management Conference Statement is due April 7, 2022, and a Case Management Conference is set for April 7, 2022;

WHEREAS, the filing of an Amended Complaint and the extension of time for Defendant NESTLE HEALTHCARE NUTRITION, INC. to respond to the Second Amended Class Action Complaint, as well as for the Opposition to and Reply in support of any Motion to Dismiss the Second Amended Class Action Complaint, will cause a short delay of the Court's Case Management Conference.  The parties' briefing related to a potential Motion to Dismiss will end approximately 20 days after the scheduled Case Management Conference.  The parties hereby request that the Court delay the Case Management Conference and Case Management Statement due date until after the Court rules on the potential Motion to Dismiss.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

1. Plaintiffs shall file a Second Amended Class Action Complaint on **February 4, 2022**;
2. Defendant NESTLE HEALTHCARE NUTRITION, INC.'s deadline to respond to Plaintiffs' Second Amended Class Action Complaint shall be **April 6, 2022**;
3. Plaintiffs shall file an Opposition to any Motion to Dismiss on **April 20, 2022**;

4. Defendant NESTLE HEALTHCARE NUTRITION, INC. shall file a Reply in Support of any Motion to Dismiss on **May 4, 2022**; and

5. The parties request that the Court Stay the deadline of **April 7, 2022** to file a Joint Case Management Statement and the Initial Case Management Conference scheduled for **April 14, 2022 at 2:00 p.m. (Pacific)** until after the Court rules on the Defendant NESTLE HEALTHCARE NUTRITION, INC.'s Motion to Dismiss Second Amended Class Action Complaint.

Dated: February 4, 2022                    Respectfully Submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Alex R. Straus*
Alex R. Straus, Esq. (SBN 321366)
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.:   (917) 471-1894
Fax:    (310) 496-3176
Email: astraus@milberg.com

Nick Suciu III*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.:   (313) 303-3472
Fax:    (865) 522-0049
Email: nsuciu@milberg.com

Daniel K. Bryson*
J. Hunter Bryson*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC, 27603
Tel: (919) 600-5000
Fax: (919)600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

3

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT; CASE NO.: 4:21-CV-09812-PJH**

Andrei Rado*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10023
Tel.:  (212) 594-5300
Fax:   (865) 522-0049
Email: *arado@milberg.com*

Zoe Aaron*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 E. 50th Street
New York, NY 10023
Tel.:  (212) 594-5300
Fax:   (865) 522-0049
Email: *zaaron@milberg.com*

*Attorneys for the Plaintiffs
and the Proposed Class
*Pro hac vice forthcoming*

Dated: February 4, 2022                    Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Timothy W. Loose*
Timothy W. Loose (SBN 241037)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Tel.:  (213) 229-7746
Fax:   (213) 229-6746
Email: tloose@gibsondunn.com

*Attorneys for the Defendant*

/
/
/

4

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT; CASE NO.: 4:21-CV-09812-PJH**

/

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  February 7 , 2022



_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

5

**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT; CASE NO.: 4:21-CV-09812-PJH**

# ECF ATTESTATION

I, Alex R. Straus, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Timothy W. Loose has concurred in this filing.

Dated: February 4, 2022

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

*/s/ Alex R. Straus*
Alex R. Straus, Esq. (SBN 321366)

***Attorneys for the Plaintiffs and the Proposed Class***

6

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A SECOND AMENDED CLASS ACTION COMPLAINT; CASE NO.: 4:21-cv-09812-PJH