# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** June 9, 2022 (Time: 37 minutes)    **JUDGE:** Phyllis J. Hamilton

**Case No:** 21-cv-09812-PJH
**Case Name:** Horti, et al. v. Nestle Healthcare Nutrition, Inc.

**Attorney(s) for Plaintiff:**    Nick Suciu, III; John Hunter Bryson
**Attorney(s) for Defendant:**    Timothy Loose

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Defendant's Motion to Dismiss-HELD via Zoom webinar. The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**cc: chambers**