UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District, State of California |
| U.S. District Court case number: | 4:21-cv-09812-PJH |
| Date case was first filed in U.S. District Court: | 12/20/2021 |
| Date of judgment or order you are appealing: | 11/7/2022 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Bruce Horti, Sandra George, and Jeanette Craig

Is this a cross-appeal? ○ Yes  ⦿ No

If Yes, what is the first appeal case number? _____

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If Yes, what is the prior appeal case number? _____

Your mailing address:

Milberg Coleman Bryson Phillips Grossman

401 W. Broadway, Suite 1760

City: San Diego   State: CA   Zip Code: 92101

Prisoner Inmate or A Number (if applicable): _____

**Signature** /s/ Trenton R. Kashima   **Date** 11/28/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                              *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Bruce Horti, Sandra George, and Jeanette Craig

Name(s) of counsel (if any):

> Trenton R. Kashima (SBN 291405)
> Milberg Coleman Bryson Phillips Grossman

Address: 402 W. Broadway, Suite 1760, San Diego, CA 92101

Telephone number(s): (212) 946-8389

Email(s): tkashima@milberg.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Nestle USA, Inc.

Name(s) of counsel (if any):

> Christopher Chorba, Perlette Michele Jura, and Timothy W. Loose
> Gibson, Dunn & Crutcher LLP

Address: 333 South Grand Ave., Los Angeles, CA 90071

Telephone number(s): (213) 229-7746

Email(s): CChorba@gibsondunn.com, PJura@gibsondunn.com, TLoose@gisbondunn.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*