UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OWEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-01018-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Horti v. Nestle Healthcare Nutrition, Inc.*, 21-cv-09812-PJH.

　　　　**IT IS SO ORDERED.**

Dated: March 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Hixson
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge