UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE HORTI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NESTLE HEALTHCARE NUTRITION, INC.,<br><br>    Defendant. | Case No. 21-cv-09812-PJH<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed on January 4, 2024, a Case Management Conference shall be held on February 15, 2024, at 2:00 p.m., by Zoom Videoconference.

The parties shall appear through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED.**

Dated: January 5, 2024

                                          /s/ Phyllis J. Hamilton
                                          PHYLLIS J. HAMILTON
                                          United States District Judge