Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
Email: *tkashima@milberg.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: (415) 772-4700
Email: *lking@kaplanfox.com*

*Co-Lead Interim Counsel for Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: Nestle Boost Nutritional Drink Litigation | Case No. 3:21-cv-09812-JSC<br><br>CLASS ACTION<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND CLASS CERTIFICATION SCHEDULE**<br><br>Judge: Honorable Jacqueline Scott Corley |

      Pursuant to Local Civil Rules 6-3 and 7-11, Plaintiffs respectfully request that the Court extend the Class Certification Briefing Schedule to allow Plaintiffs sufficient time to work with their experts to prepare reports necessary to move for class certification given the upcoming holidays. In support of their request, Plaintiffs aver:

      1.    Currently, the class certification schedule is as follows: Motion for Class Certification opening brief is by January 9, 2025; Opposition brief is due by February 20, 2025; Reply brief is due by March 13, 2025; and the hearing on Motion for Class Certification is set for April 3, 2025 at 10:00 a.m. ECF No. 55. No trial date is set. *Id.*

      2.    Plaintiffs have met and conferred with Defendant Nestle Healthcare Nutrition, Inc. ("Defendant") regarding the schedule. Defendant takes no position on Plaintiffs' extension request and remains prepared to submit briefing in line with the schedule to which the parties already agreed or at any other time thereafter.

      3.    Plaintiffs served document requests and interrogatories in March 2024 and Defendant provided responses and produced documents throughout May, June, July, and August 2024. Plaintiffs initially sent a 30(b)6 notice on October 17, 2024 to Defendants. *Id.* ¶3. Defendants stated they would not be able to produce witnesses until December of 2024. *Id.* Now, Plaintiffs have 30(b)6 deposition dates scheduled on December 13, 2024, December 18, 2024, and December 20, 2024 because Defendant produced three witnesses to the topics noticed by Plaintiffs. *Id.* By the time Plaintiffs receive the errata, the class certification deadline will have lapsed. *Id.* The 60-day extension will allow Plaintiffs to work with their experts to prepare reports necessary to move for class certification and will otherwise be prejudiced under a shorter deadline. *Id.* Plaintiffs need this crucial additional time to conduct the depositions, receive the transcripts, and confer with their experts regarding their expert reports. *Id.*

      4.    Plaintiffs will be unfairly prejudiced by the current schedule due to the upcoming holidays and counsels' and retained experts' planned vacations. *Id.* ¶3. Moreover, Plaintiffs have been attempting to complete discovery but have been delayed for various reasons. Thus far, Plaintiffs have produced witnesses and taken other third-parties' discovery in a way that fosters efficient litigation and have done so in a timely manner. *Id.* However, the parties agreed to an early mediation that occurred on November 7, 2024, but was unsuccessful. *Id.* And, in the interest of saving

valuable time and resources, Plaintiffs delayed costly expert reports in hopes that the mediation would lead to a resolution – unfortunately, it did not. *Id*. The 60-day extension will allow Plaintiffs to work with their experts to prepare reports necessary to move for class certification and will otherwise be prejudiced under a shorter deadline. *Id.*

5. Currently, the only other deadline in the case is a Case Management Conference set for December 12, 2024. *Id.* Therefore, the proposed 60-day extension will not affect the case schedule. No trial date has been set. *Id.*

## II.   Conclusion

For the reasons stated above, Plaintiffs respectfully request that the Court extend the class certification briefing schedule as follows:

| Deadline For | Previous Date | Proposed Date |
| --- | --- | --- |
| Motion for Class Certification | January 9, 2025 | March 10, 2025 |
| Opposition to Motion for Class Certification | February 20, 2025 | April 21, 2025 |
| Reply in Support of Class Certification | March 13, 2025 | May 12, 2025 |
| Hearing on Motion for Class Certification | April 3, 2025 at 10:00 a.m. | April 5. 2025 at 10:00 a.m. |

Respectfully submitted,

DATED: December 3, 2024

By: /s/ *Trenton R. Kashima*
    Trenton R. Kashima

Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92102
Telephone: (619) 810-7047
Email: *tkashima@milberg.com*

Alex Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 s. Beverly Drive, Ste. PH
Beverly Hills, CA 902126
Telephone: 865-247-0080
Email: *astraus@milberg.com*

Nick Suciu III (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Telephone.: (313) 303-3472
Facsimile: (865) 522-0049
Email: *nsuciu@milberg.com*

J. Hunter Bryson (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
405 E. 50th Street
New York, NY 1002
Telephone: (919) 539-2708
Facsimile: (919) 600-5035
Email: *hbryson@milberg.com*

DATED: December 3, 2024

By: /s/ *Laurence D. King*
    Laurence D. King

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Blair E. Reed (SBN 316791)
Clarissa Olivares (SBN 343455)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
    *mgeorge@kaplanfox.com*
    *breed@kaplanfox.com*
    *colivares@kaplanfox.com*

Joel B. Strauss (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

Michael D. Braun
**KUZYK LAW, LLP**
1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
Telephone: 213-401-4100
Email: *mdb@kuzykclassactions.com*

1
2
3
4
5

> Ross B. Rothenberg (to be admitted *pro hac vice*)
> **THE ROTHENBERG LAW FIRM LLP**
> 450 7th Avenue, 44th Floor
> New York, NY 10123
> Telephone: 212-563-0100
> Email: *ross@injurylawyer.com*
>
> *Co-Lead Interim Counsel for Plaintiffs and the Proposed Class*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Trenton R. Kashima, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December, 2024 at San Deigo, California.

                                          */s/ Trenton R. Kashima*
                                            Trenton R. Kashima