1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: Nestle Boost Nutritional Drink Litigation | Case No. 3:21-cv-09812-JSC |
| | CLASS ACTION |
| | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND CLASS CERTIFICATION SCHEDULE** |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Plaintiffs' Administrative Motion to Extend Class Certification Schedule, hereby ORDERS that the request to extend the class certification schedule by 60 days is GRANTED. The class certification schedule is as follows:

| Deadline For | Date |
| --- | --- |
| Motion for Class Certification | March 10, 2025 |
| Opposition to Motion for Class Certification | April 21, 2025 |
| Reply in Support of Class Certification | May 12, 2025 |
| Hearing on Motion for Class Certification | April 5. 2025 at 10:00 a.m. |

   IT IS SO ORDERED.

DATED: December 4, 2024

_____
Honorable Jacqueline Scott Corley
United States District Judge