| | |
|---|---|
| Trenton R. Kashima (SBN 291405)<br>**MILBERG COLEMAN BRYSON**<br>**PHILLIPS GROSSMAN, PLLC**<br>401 West Broadway, Suite 1760<br>San Diego, CA 91942<br>Telephone: (212) 946-9389<br>Email: tkashima@milberg.com | Christopher Chorba, SBN 216692<br>CChorba@gibsondunn.com<br>Perlette M. Jura, SBN 242332<br>PJura@gibsondunn.com<br>Timothy W. Loose, SBN 241037<br>TLoose@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7746 |
| Laurence D. King<br>**KAPLAN FOX & KILSHEIMER LLP**<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: lking@kaplanfox.com | Al Kelly (*pro hac vice*)<br>akelly@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1801 California Street, Suite 4200<br>Denver, CO 80202-2645<br>Telephone: 303.298.5700 |
| *(Additional Counsel listed on signature page.)* | |
| *Co-Lead Interim Class Counsel for Plaintiffs and the Class* | *Counsel for Defendant Nestlé Healthcare Nutrition, Inc.* |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: NESTLE BOOST NUTRITIONAL DRINK LITIGATION | Case No. 3:21-cv-09812-JSC<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT**<br><br>Date:  January 23, 2025<br>Time:  2:30 p.m.<br>Location:  Zoom<br>Judge:  Hon. Jacqueline Scott Corley<br><br>Date Action Filed:  December 20, 2021 |

Plaintiffs Bruce Horti, Sandra George, and Steven Owen ("Plaintiffs"), and Nestlé Healthcare Nutrition, Inc. ("Defendant") (together, the "parties"), hereby submit this Joint Case Management Statement.

**1.      Anticipated Motions**

Plaintiffs anticipate filing a motion for class certification on the currently set deadline of March 10, 2025. The Parties note that the hearing on the motion for class certification was erroneously set for Saturday, April 5, 2025. Since Plaintiffs' reply is due May 12, 2025, the Parties propose that the hearing be rescheduled for Thursday, June 5, 2025 at 10:00 a.m.

Defendant intends to oppose any motion for class certification filed by Plaintiffs. Defendant also anticipates filing a motion for summary judgment as to Plaintiffs' individual claims.

**2.      Discovery**

The parties have been working cooperatively on discovery matters, including written discovery, document requests, and depositions by all parties. Plaintiffs are reviewing recent deposition transcripts and anticipate that they will identify additional discovery requests.

**3.      Settlement and ADR**

The parties held a joint mediation on November 7, 2024 with The Honorable (Ret.) Ronald M. Sabraw. The mediation did not result in settlement. The parties do not anticipate engaging in further settlement discussions until after resolution of their anticipated motions.

Dated: January 16, 2025

Respectfully submitted,

*/s/ Trenton R. Kashima*
Trenton R. Kashima (SBN 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
401 West Broadway, Suite 1760
San Diego, CA 91942
Telephone: (212) 946-9389
Email: tkashima@milberg.com

Nick Suciu III*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.:   (313) 303-3472
Fax:   (865) 522-0049
Email: nsuciu@milberg.com

|   |   |   |
|---|---|---|
| 1 |  | J. Hunter Bryson* |
| 2 |  | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC** |
| 3 |  | 900 W. Morgan Street<br>Raleigh, NC, 27603 |
| 4 |  | Tel: (919) 600-5000<br>Fax: (919)600-5035 |
| 5 |  | Email: hbryson@milberg.com |
| 6 | Dated: January 16, 2025 | */s/ Laurence D. King*<br>Laurence D. King (SBN 206423) |
| 7 |  | Matthew B. George (SBN 239322)<br>Blair E. Reed (SBN 316791) |
| 8 |  | Clarissa Olivares (SBN 343455)<br>**KAPLAN FOX & KILSHEIMER LLP** |
| 9 |  | 1999 Harrison Street, Suite 1560<br>Oakland, CA 94612 |
| 10 |  | Telephone: 415-772-4700<br>Facsimile: 415-772-4707 |
| 11 |  | Email: *lking@kaplanfox.com*<br>         *mgeorge@kaplanfox.com* |
| 12 |  |          *breed@kaplanfox.com*<br>         *colivares@kaplanfox.com* |
| 13 |  | Joel B. Strauss* |
| 14 |  | **KAPLAN FOX & KILSHEIMER LLP**<br>800 Third Avenue, 38th Floor |
| 15 |  | New York, NY 10022<br>Telephone: 212-687-1980 |
| 16 |  | Facsimile:  212-687-7714<br>Email: jstrauss@kaplanfox.com |
| 17 |  | **KUZYK LAW, LLP** |
| 18 |  | Michael D. Braun (SBN 167416)<br>1999 Avenue of the Stars, Ste. 1100 |
| 19 |  | Los Angeles, CA 90067<br>Tel. 213-401-4100 |
| 20 |  | Email: mdb@kuzykclassactions.com |
| 21 |  | **THE ROTHENBERG LAW FIRM LLP**<br>Ross B. Rothenberg* |
| 22 |  | 450 7th Avenue, 44th Floor<br>New York, NY 10123 |
| 23 |  | Tel. 212-563-0100<br>Email: *ross@injurylawyer.com* |
| 24 |  | **Pro Hac Vice* |
| 25 |  | *Co-Lead Interim Class Counsel for Plaintiffs and* |
| 26 |  | *the Class* |
| 27 |  |  |
| 28 |  |  |

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Date: January 16, 2025 | By: */s/ Timothy W. Loose* |

Christopher Chorba, SBN 216692
CChorba@gibsondunn.com
Perlette M. Jura, SBN 242332
PJura@gibsondunn.com
Timothy W. Loose, SBN 241037
TLoose@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7746
Facsimile: 213.229.6746

Al Kelly (*pro hac vice*)
akelly@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street
Denver, CO 80203
Telephone: 303.298.5700

*Counsel for Defendant Nestlé Healthcare Nutrition, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: January 16, 2025                                     /s/ *Laurence D. King*
                                                                                     Laurence D. King