1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISION**

10    In re: Nestle Boost Nutritional Drink Litigation

11

12

13

14

15

16

Case No. 3:21-cv-09812-JSC

CLASS ACTION

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO EXTEND BRIEFING SCHEDULE OR IN THE ALTERNATIVE MOTION PURSUANT TO LOCAL RULE 6-3 FOR ENLARGEMENT OF TIME**

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION

1     This Court, having considered Plaintiffs' Administrative Motion and the accompanying

2  declaration of Laurence D. King, hereby ORDERS that the request to streamline the briefing

3  schedules for class certification and summary judgement is GRANTED. In the interest of judicial

4  economy, the schedule for class certification will remain the same and the briefing schedule for

5  summary judgement will be synced concurrently with it as follows:

| Class Certification | Summary Judgement | Date |
|---|---|---|
| Opposition to Motion for Class Certification | Opposition to Motion for Summary Judgement | April 21, 2025 |
| Reply in Support of Class Certification | Reply in Support of Summary Judgement | May 12, 2025 |
| Hearing on Motion for Class Certification | Hearing on Motion for Summary Judgement | June 5, 2025 at 10 a.m. |

    IT IS SO ORDERED.


DATED: _____, 2025     _____
                                         Honorable Jacqueline Scott Corley
                                         United States District Judge

- 1 -                                                          Case No. 21-cv-09812-JSC
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION