UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NESTLE BOOST NUTRITIONAL DRINK LITIGATION | Case No. 21-cv-09812-JSC <br><br> **CLASS CERTIFICATION BRIEFING SCHEDULE** |

Following the further case management conference held on May 27, 2025, the Court imposes the following class certification schedule.

- Plaintiffs' Motion for Class Certification:   July 25, 2025
- Plaintiffs' Expert Reports:   July 25, 2025
- Defendant's Opposition to Motion for Class Certification and Daubert Motion(s) (if any):   September 19, 2025
- Defendant's Rebuttal Expert Reports:   September 19, 2025
- Plaintiffs' Reply in Support of Class Cert.   October 24, 2025
- Plaintiffs' Daubert Motion(s) (if any):   October 24, 2025
- Daubert Motion Oppositions:   November 12, 2025
- Daubert Motion Replies:   November 27, 2025
- Daubert/Class Cert. Hearing:   January 22, 2025 at 10 a.m.

Plaintiffs and Defendant may file 35-page motions and oppositions, if necessary, and 20 page replies.

//

//

**IT IS SO ORDERED.**

Dated: May 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge